FILED

2025 OCT 17 AM 11:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: KM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America PLAINTIFF(S) <br> v. <br> Jisup Hwang DEFENDANT(S). | CASE NUMBER <br> MJ 25-06463 <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: indictment
in the ______ District of Nevada on 10/15/25
at ______ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title 18 U.S.C., Section(s) 1956(h); 1952(a)(1) and 3; 2
to wit: ______

A warrant for defendant's arrest was issued by: ______

Bond of $______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/17/25
Date

[signature]
Signature of Agent

John Parr
Print Name of Agent

FBI
Agency

Special Agent
Title