Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2025 OCT 17 AM 11:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: KM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA PLAINTIFF
V.

JISUP HWANG

USMS# ____________ DEFENDANT

CASE NUMBER: MJ 25-06463

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/17/2025 @ ~~9:00~~ 8:30 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   18 USC § 1956(h); 18 USC §§ 1952(a)(1) and (3); 18 USC § 2
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ____________
7. Year of Birth: 1997
8. Defendant has retained counsel: ☒ No

   ☐ Yes Name: ____________ Phone Number: ____________
9. Name of Pretrial Services Officer notified: duty-cacpt-cac@cacp.uscourts.gov
10. Remarks (if any): ____________
11. Name: John Parr (please print)
12. Office Phone Number: 571 310 9395
13. Agency: FBI
14. Signature: [signature]
15. Date: 10/17/25