FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2025
CENTRAL DISTRICT OF CALIFORNIA
BY mr DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jisup Hwang<br>DEFENDANT. | CASE NUMBER:<br>25-mj-06463<br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, Jisup Hwang, declare that
(*Defendant/Material Witness*)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of October, 2025
at Los Angeles, CA
(*City and State*)

[signature]
*Signature of Defendant/Material Witness*

---

If the declarant is not an English speaker, include the following:

I, ______________________, am fluent in written and spoken English and ______________ languages. I accurately translated this form from English into ______________ to declarant ______________________ on this date.

Date: ______________

______________________
*Interpreter*